# FOURTH AMENDED CHAPTER 13 PLAN

Case No.: 15-03460

Debtor(s): **Maxine H. Holloway**  SS#: **xxx-xx-4515**  Net Monthly Earnings: **748.00**

SS#:  Number of Dependents: **0**

1. Plan Payments:
   ( **X** ) Debtor(s) propose to pay direct a total of $ **748.00**  ☐ weekly ☐ bi-weekly ☐ semi-monthly ☑ monthly into the plan; or
   (  ) Payroll deduction Order: To _____ for
   $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is approximately **60** months, and the total amount of debt to be distributed by the Trustee is approximately $ **44,880.00**.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| -NONE- | | | |

   B. Total Attorney Fee: $ **3,000.00** ; **$300.00** paid pre-petition; $ **1,405.32** to be paid at confirmation and $ **705.66** per month until paid in full.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| -NONE- | | ☐ by Trustee ☐ by Debtor | | | | | |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| **Alabama Power** | $3.00 | $324.66 | $500.00 | $0.00 | REFRIGERATOR, TV, ELECTRIC MIXER, WASHER | 5.00% | $7.00 | Feb 2016 |
| **Federal Employees Credit Union** | $0.00 | $3,772.78 | $500.00 | $0.00 | 2002 BUICK PARK AVENUE (NPMSI) | 5.00% | $78.00 | Feb 2016 |
| **Select Portfolio Servicing Inc.** | $0.00 | $22,078.00 | $52,060.00 | $0.00 | REAL PROPERTY | 5.00% | $458.00 | Feb 2016 |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions:

☐ This is an original plan. ☑ This is an amended plan replacing plan dated **10/19/2015**. ☑ This plan proposes to pay unsecured creditors **100** %.

☑ Other Provisions: **1.) No adequate protection payment has been proposed to Federal Employees Credit Union as debt is a non-purchase money security interest. 2.) Pursuant to the Court's Administrative Order effective October 17, 2005, the following payments shall be paid as post-petition/pre-confirmation adequate protection payments by the Chapter 13 Trustee as set out in section (2) above: $3.00 per month to Alabama Power. 3.) Attorney's fee for Debtors' Attorney shall be paid with monthly fixed payments pursuant to Administrative Order 11-01. 4.) Debtor will continue to pay pre and post-petition utility debts in the ordinary course of business in lieu of posting a deposit as adequate assurance of future payment under U.S. Bankruptcy Code § 366. Debtor acknowledges and agrees that the automatic stay does not bar a utility's efforts to collect pre-petition utility service debt.**

Attorney for Debtor Name/Address/Telephone #  Date **October 26, 2015**  **/s/ Maxine H. Holloway**
**/s/ Josh J. Mitchell**  **Maxine H. Holloway**
**Josh J. Mitchell ASB-2057-H60M**  Signature of Debtor
**2017 2nd Ave N 1st Flr**
**Birmingham, AL 35203**
**jmitchell@bandolaw.net**
Telephone #  **205/322-1641  FAX: 205/322-1644**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 26th day of Ocotber 2015, I have served a copy of the above and foregoing upon Sims Crawford, Trustee, ctmail@ch13bham.com via the CM/ECF system which will immediately send notifications of such to same. A copy of the same was served on all parties listed on the attached creditors' matrix by U.S. Postal Service, postage prepaid and properly addressed.

                                                     */s/ Josh J. Mitchell*
                                                     JOSH J. MITCHELL

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-2<br>Case 15-03460-MAM13<br>NORTHERN DISTRICT OF ALABAMA<br>Birmingham<br>Sun Oct 25 18:58:53 CDT 2015 | Steering Committee<br>c/o Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745 | U. S. Bankruptcy Court<br>Robert S. Vance Federal Building<br>1800 5th Avenue North<br>Birmingham, AL 35203-2111 |
| ALABAMA POWER COMPANY<br>P.O. BOX 12545<br>BIRMINGHAM, AL 35202-6545 | Alabama Power<br>600 N 18TH ST /4S-1135<br>Birmingham, AL 35203-2200 | Birmingham Water Works<br>ATTN: Bankruptcy Dept<br>PO BOX 830110<br>Birmingham, AL 35283-0110 |
| Catherines / Comenity Bank<br>ATTN: Bankruptcy Dept<br>PO BOX 182125<br>Columbus, OH 43218-2125 | Dr. Leonards Shop Now<br>PO BOX 2852<br>Monroe, WI 53566-8052 | Easy Money Cash Center<br>2145 Bessemer Rd<br>Birmingham, AL 35208-3407 |
| Federal Employees Credit Union<br>1509 4th Ave S<br>Birmingham, AL 35233-1633 | First City Mortgage Co<br>1808 3rd Ave N<br>Birmingham, AL 35203-3102 | Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 |
| J T Smallwood Tax Collector<br>RM 160 Courthouse<br>716 Richard Arrington Blvd N<br>Birmingham, AL 35203-0112 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Select Portfolio Servicing Inc.<br>ATTN: Bankruptcy Dept<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | State of Alabama Dept of Revenue<br>Legal Division<br>PO BOX 320001<br>Montgomery, AL 36132-0001 | U.S. Attorney's Office<br>1801 4th Avenue North<br>Birmingham, AL 35203-2101 |
| UAB<br>PO BOX 2252<br>Birmingham, AL 35246-0036 | D. Sims Crawford<br>Chapter 13 Standing Trustee<br>NON-PAYMENTS: P O Box 10848<br>Birmingham, AL 35202 | Josh J Mitchell<br>Bouloukos & Oglesby<br>2017 Second Ave N 1st Flr<br>Birmingham, AL 35203-3703 |
| Maxine H. Holloway<br>333 21st Street S.W.<br>Birmingham, AL 35211-3220 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems LLC
ATTN: Bankruptcy Litigation
16 McLeland Rd
Saint Cloud, MN 56303